NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRACEY M. COLE,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2023-1203

---

Petition for review of the Merit Systems Protection Board in No. DA-0845-22-0108-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the court's February 1, 2023, order and the court not having received a motion for an extension of time,

IT IS ORDERED THAT:

(1) Tracey M. Cole's motion to dismiss her petition, ECF No. 4, is granted.

(2)  The petition for review is dismissed.

(3)  Each side to bear its own costs.

FOR THE COURT

March 8, 2023                              /s/ Peter R. Marksteiner
        Date                              Peter R. Marksteiner
                                          Clerk of Court

ISSUED AS A MANDATE:  March 8, 2023